FILED

2008 NOV 18  PM 3: 02

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2008 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-715(A)-PSG |
| Plaintiff, | ) | **F I R S T** |
| | ) | **S U P E R S E D I N G** |
| v. | ) | **I N D I C T M E N T** |
| STANLEY ALEXANDER HUDSON, | ) | [18 U.S.C. § 1344: Bank Fraud; |
|   aka "Stanley Alexander," | ) | 18 U.S.C. § 1028A(a)(1): |
|   aka "Brandon M. Courtney," | ) | Aggravated Identity Theft; 18 |
|   aka "Isiah S. Ross," | ) | U.S.C. § 1029(a)(2): |
|   aka "Kenneth Z. | ) | Fraudulent Use of Unauthorized |
|     Anderson," and | ) | Access Devices; 42 U.S.C. |
| THOMAS EDWIN COCHEE, | ) | § 408(a)(7)(B): Misuse of a |
|   aka "Kenneth Anderson," | ) | Social Security Number; |
|   aka "Kevin Ross," | ) | 18 U.S.C. §§ 2(a), 2(b): Aiding |
|   aka "Jonathan Houston," | ) | and Abetting and Causing an |
|   aka "Nicholas Letterman," | ) | Act to Be Done] |
|   aka "Rodney Hudson," | ) | |
| Defendants. | ) | |

The Grand Jury charges:

COUNTS ONE through NINE

[18 U.S.C. §§ 1344; 2(a); 2(b)]

A.   <u>INTRODUCTION</u>

At all times relevant to this First Superseding Indictment:

1        1.   The deposits of Bank of America, N.A. ("Bank of

2   America"), Capital One Bank ("Capital One"), J.P. Morgan Chase

3   ("J.P. Morgan"), and Citibank, and the predecessor banks acquired

4   by those financial institutions that issued credit cards relevant

5   to this First Superseding Indictment, were insured by the Federal

6   Deposit Insurance Corporation (hereinafter, each of the

7   individual foregoing banks includes any predecessor bank acquired

8   by it that issued credit cards relevant to this First Superseding

9   Indictment; and all the foregoing banks, and the predecessor

10  banks acquired by them that issued credit cards relevant to this

11  First Superseding Indictment, collectively are referred to as the

12  "victim financial institutions").

13  B.   THE FRAUDULENT SCHEME

14       2.   Beginning in or about February 2003, and continuing

15  until in or about October 2008, in Los Angeles County, within the

16  Central District of California, and elsewhere, defendants STANLEY

17  ALEXANDER HUDSON, also known as ("aka") "Stanley Alexander," aka

18  "Brandon M. Courtney," aka "Isiah S. Ross," and aka "Kenneth Z.

19  Anderson," ("HUDSON"), and THOMAS EDWIN COCHEE, aka "Kenneth

20  Anderson," aka "Kevin Ross," aka "Jonathan Houston," aka

21  "Nicholas Letterman," and aka "Rodney Hudson" ("COCHEE"),

22  together with others unknown to the Grand Jury, each aiding and

23  abetting the other, knowingly executed, and willfully caused to

24  be executed, a scheme and artifice to defraud the victim

25  financial institutions as to material matters, and to obtain

26  monies, funds and assets owned by, and under the custody and

27  control of the victim financial institutions, by means of

28

-2-

material false and fraudulent pretenses, representations, and
promises, and the concealment of material facts.

    3.   The fraudulent scheme operated in substance in the
following manner:

        a.   Between in or about February 2003 and in or about
October 2008, defendants HUDSON and COCHEE, together with others
unknown to the Grand Jury, each aiding and abetting the other,
applied for, and willfully caused others to apply for, over 50
credit cards issued by the victim financial institutions.

        b.   Defendant HUDSON, together with others unknown to
the Grand Jury, used on each credit card application, and
willfully caused others to use on each credit card application, a
social security number assigned by the Commissioner of Social
Security together with the name of an individual to whom the
application claimed the social security number had been issued,
knowing that the social security number was not assigned to
defendant HUDSON or the other person, and that the name was not
the true name of defendant HUDSON or the person to whom the
social security number had been assigned by the Commissioner of
Social Security.

        c.   Defendants HUDSON and COCHEE, together with others
unknown to the Grand Jury, each aiding and abetting the other,
applied to open, and used, and willfully caused others to apply
to open, and use, mailboxes at commercial mailings receiving
agencies ("CMRAs"), by using false names and fraudulent
identification cards.

///

-3-

1          d.   Defendant HUDSON, together with others unknown to
2    the Grand Jury, provided, and willfully caused to be provided, to
3    the victim financial institutions, the addresses of these CMRAs
4    on credit card applications.

5          e.   Defendant HUDSON, together with others unknown to
6    the Grand Jury, added, and willfully caused to be added, himself
7    and defendant COCHEE as authorized users on several of the
8    fraudulent credit card accounts.

9          f.   Defendants HUDSON and COCHEE, together with others
10   unknown to the Grand Jury, each aiding and abetting the other,
11   obtained, and willfully caused to be obtained, cash advances, and
12   made, and willfully caused to made, purchases, with their
13   fraudulently-obtained credit cards, thereby causing the victim
14   financial institutions to suffer approximately $740,000 in
15   losses.

16   C.   THE EXECUTION OF THE FRAUDULENT SCHEME

17        4.   On or about the following dates, within the Central
18   District of California, and elsewhere, defendants HUDSON and
19   COCHEE, together with others unknown to the Grand Jury, each
20   aiding and abetting the other, committed, and willfully caused
21   others to commit, the following acts, each of which constituted
22   an execution of the fraudulent scheme:

| COUNT | DATE | ACT |
|---|---|---|
| ONE | May 4, 2004 | Submission of application in the name of Kenneth J. Courtney for credit card account number XXXX-XXXX-XXXX-5328, issued by J.P. Morgan. |

27   ///
28

                                   -4-

| | | |
|---|---|---|
| TWO | February 1, 2005 | Submission of application in the name of Matthew T. Ross for credit card account number XXXX-XXXX-XXXX-7744, issued by Capital One Bank. |
| THREE | June 28, 2005 | Submission of application in the name of Brandon M. Courtney for credit card account number XXXX-XXXX-XXXX-0810, issued by Bank of America. |
| FOUR | January 31, 2006 | Submission of application in the name of Isiah S. Ross for credit card account number XXXX-XXXX-XXXX-9291, issued by J.P. Morgan. |
| FIVE | June 27, 2006 | Submission of application in the name of Kenneth Z. Anderson for credit card account number XXXX-XXXX-XXXX-8709, issued by J.P. Morgan. |
| SIX | September 18, 2006 | Submission of application in the name of Brandon M. Courtney for credit card account number XXXX-XXXX-XXXX-1013, issued by J.P. Morgan. |
| SEVEN | September 20, 2006 | Submission of application in the name of Brandon M. Courtney for credit card account number XXXX-XXXX-XXXX-5280, issued by J.P. Morgan. |
| EIGHT | August 17, 2007 | Submission of application in the name of Brandon M. Courtney for credit card account number XXXX-XXXX-XXXX-8455, issued by J.P. Morgan. |
| NINE | February 5, 2008 | Purchase of gift cards worth $600 by using credit card account number XXXX-XXXX-XXXX-1013, issued by J.P. Morgan. |

COUNT TEN

[18 U.S.C. §§ 1028A(a)(1); 2(b)]

Beginning on a date unknown to the Grand Jury, and continuing to on or about October 29, 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant STANLEY ALEXANDER HUDSON, also known as ("aka") "Stanley Alexander," aka "Brandon M. Courtney," aka "Isiah S. Ross," and aka "Kenneth Z. Anderson," knowingly transferred, possessed, and used, without lawful authority, and willfully caused to be transferred, possessed, and used, without lawful authority, a means of identification of another person, namely, the social security numbers of victims R.R., T.T., G.W., and S.H., during and in relation to the crime of bank fraud, a felony violation of Title 18, United States Code, Section 1344, as charged in Counts Two through Nine of this First Superseding Indictment.

COUNT ELEVEN

[18 U.S.C. §§ 1029(a)(2); 2(a); 2(b)]

Beginning in or about February 2005, and continuing to in or about January 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendants STANLEY ALEXANDER HUDSON, also known as ("aka") "Stanley Alexander," aka "Brandon M. Courtney," aka "Isiah S. Ross," and aka "Kenneth Z. Anderson," and THOMAS EDWIN COCHEE, aka "Kenneth Anderson," aka "Kevin Ross," aka "Jonathan Houston," aka "Nicholas Letterman," and aka "Rodney Hudson," each aiding and abetting the other, in transactions affecting interstate and foreign commerce, knowingly and with intent to defraud, trafficked in and used, and willfully caused the trafficking in and use of, at least one unauthorized access device, namely, credit card account number XXXX-XXXX-XXXX-8821, and by such conduct obtained something of value aggregating at least $1,000 during that period.

-7-

COUNT TWELVE

[18 U.S.C. §§ 1029(a)(2); 2(a); 2(b)]

Beginning in or about February 2006, and continuing to in or about January 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendants STANLEY ALEXANDER HUDSON, also known as ("aka") "Stanley Alexander," aka "Brandon M. Courtney," aka "Isiah S. Ross," and aka "Kenneth Z. Anderson," and THOMAS EDWIN COCHEE, aka "Kenneth Anderson," aka "Kevin Ross," aka "Jonathan Houston," aka "Nicholas Letterman," and aka "Rodney Hudson," each aiding and abetting the other, in transactions affecting interstate and foreign commerce, knowingly and with intent to defraud, trafficked in and used, and willfully caused the trafficking in and use of, at least one unauthorized access device, namely, credit card account number XXXX-XXXX-XXXX-9291, and by such conduct obtained something of value aggregating at least $1,000 during that period.

COUNT THIRTEEN

[18 U.S.C. §§ 1028A(a)(1); 2(b)]

In or about January 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendant STANLEY ALEXANDER HUDSON, also known as ("aka") "Stanley Alexander," aka "Brandon M. Courtney," aka "Isiah S. Ross," and aka "Kenneth Z. Anderson," knowingly transferred, possessed, and used, without lawful authority, and willfully caused to be transferred, possessed, and used, without lawful authority, a means of identification of another person, namely, the social security number of victim G.W., during and in relation to the crime of fraudulent use of unauthorized access devices, a felony violation of Title 18, United States Code, Section 1029(a)(2), as charged in Count Twelve of this First Superseding Indictment.

COUNT FOURTEEN

[18 U.S.C. §§ 1029(a)(2); 2(a); 2(b)]

Beginning in or about September 2007, and continuing to on or about March 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendants STANLEY ALEXANDER HUDSON, also known as ("aka") "Stanley Alexander," aka "Brandon M. Courtney," aka "Isiah S. Ross," and aka "Kenneth Z. Anderson," and THOMAS EDWIN COCHEE, aka "Kenneth Anderson," aka "Kevin Ross," aka "Jonathan Houston," aka "Nicholas Letterman," and aka "Rodney Hudson," each aiding and abetting the other, in transactions affecting interstate and foreign commerce, knowingly and with intent to defraud, trafficked in and used, and willfully caused the trafficking in and use of, at least one unauthorized access device, namely, credit card account number XXXX-XXXX-XXXX-8455, and by such conduct obtained something of value aggregating at least $1,000 during that period.

COUNT FIFTEEN

[18 U.S.C. §§ 1028A(a)(1); 2(b)]

In or about August 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant STANLEY ALEXANDER HUDSON, also known as ("aka") "Stanley Alexander," aka "Brandon M. Courtney," aka "Isiah S. Ross," and aka "Kenneth Z. Anderson," knowingly transferred, possessed, and used, without lawful authority, and willfully caused to be transferred, possessed, and used, without lawful authority, a means of identification of another person, namely, the social security numbers of victim T.T., during and in relation to the crime of fraudulent use of unauthorized access devices, a felony violation of Title 18, United States Code, Section 1029(a)(2), as charged in Count Fourteen of this First Superseding Indictment.

COUNTS SIXTEEN through EIGHTEEN

[42 U.S.C. § 408(a)(7)(B); 18 U.S.C. § 2(b)]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant STANLEY ALEXANDER HUDSON, also known as ("aka") "Stanley Alexander," aka "Brandon M. Courtney," aka "Isiah S. Ross," and aka "Kenneth Z. Anderson," ("HUDSON"), for an unlawful purpose and with intent to deceive, falsely represented, and willfully caused to be falsely represented, the following social security numbers to be the social security numbers assigned by the Commissioner of Social Security to defendant HUDSON and others, when, in fact, as defendant HUDSON then well knew, such numbers were not the social security numbers assigned by the Commissioner of Social Security to defendant HUDSON and others:

| COUNT | DATE | NUMBER |
|-------|------|--------|
| SIXTEEN | June 12, 2007 | Social security number XXX-XX-0012 represented to Wells Fargo Bank, N.A. |
| SEVENTEEN | September 18, 2008 | Social security number XXX-XX-8999 represented to Wells Fargo Bank, N.A. |
| EIGHTEEN | October 3, 2008 | Social security number XXX-XX-1399 represented to Wells Fargo Bank, N.A. |

-12-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

COUNT NINETEEN

[18 U.S.C. §§ 1028A(a)(1); 2(b)]

On or about June 12, 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant STANLEY ALEXANDER HUDSON, also known as ("aka") "Stanley Alexander," aka "Brandon M. Courtney," aka "Isiah S. Ross," and aka "Kenneth Z. Anderson," knowingly transferred, possessed, and used, without lawful authority, and willfully caused to be transferred, possessed, and used, without lawful authority, a means of identification of another person, namely, the social security number of victim T.T., during and in relation to the crime of misuse of a social security number, a felony violation of Title 42, United States Code, Section 408(a)(7)(B), as charged in Count Sixteen of this First Superseding Indictment.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWENTY

[18 U.S.C. §§ 1028A(a)(1); 2(b)]

On or about September 18, 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant STANLEY ALEXANDER HUDSON, also known as ("aka") "Stanley Alexander," aka "Brandon M. Courtney," aka "Isiah S. Ross," and aka "Kenneth Z. Anderson," knowingly transferred, possessed, and used, without lawful authority, and willfully caused to be transferred, possessed, and used, without lawful authority, a means of identification of another person, namely, the social security number of victim E.G., during and in relation to the crime of misuse of a social security number, a felony violation of Title 42, United States Code, Section 408(a)(7)(B), as charged in Count Seventeen of this First Superseding Indictment.

COUNT TWENTY ONE

[18 U.S.C. §§ 1028A(a)(1); 2(b)]

On or about October 3, 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant STANLEY ALEXANDER HUDSON, also known as ("aka") "Stanley Alexander," aka "Brandon M. Courtney," aka "Isiah S. Ross," and aka "Kenneth Z. Anderson," knowingly transferred, possessed, and used, without lawful authority, and willfully caused to be transferred, possessed, and used, without lawful authority, a means of identification of another person, namely, the social security number of victim C.Y., during and in relation to the crime of misuse of a social security number,

///

///

///

-15-

1  a felony violation of Title 42, United States Code, Section

2  408(a)(7)(B), as charged in Count Eighteen of this First

3  Superseding Indictment.

4
                              A TRUE BILL
5

6                            _____/S/_____

7                            Foreperson

8

9  THOMAS P. O'BRIEN
   United States Attorney
10

11 *Christine C Ewell* (signature)

12 CHRISTINE C. EWELL
   Assistant United States Attorney
13 Chief, Criminal Division

14 RODRIGO A. CASTRO-SILVA
   Assistant United States Attorney
15 Chief, General Crimes Section

16 PATRICIA DONAHUE
   Assistant United States Attorney
17 Deputy Chief, General Crimes Section

18 HARVINDER S. ANAND
   Assistant United States Attorney
19 General Crimes Section

20

21

22

23

24

25

26

27

28

                              -16-